# United States District Court
# Central District of California

| | |
|---|---|
| SAMIR A. ARAFEH AND NADA R. ARAFEH,<br><br>                Plaintiffs,<br><br>        v.<br><br>LAW OFFICES OF STEVEN K. ALEXANDER AND HEALTHCARE RECOVERY SOLUTIONS,<br><br>                Defendants, | Case No. 2:14-cv-03578-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 15.), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than Monday, January 19, 2015**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. All other dates in this action are **VACATED** and taken off calendar.

**IT IS SO ORDERED.**

November 19, 2014

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**